Bankruptcy No. 25-13269-DJB

Date: 05/26/2026

ADVERSARY

William Acey

V

City of Philadelphia – Law Department
Tax & Revenue Unit
1515 Arch Street
Philadelphia, PA 19102

* tax.claims@phila.gov (real estate taxes)
* wrbhelpdesk@phila.gov (water bill)
* license.issuance@phila.gov (L&I fees)

RE: Resolution of Water Bill, L&I Fees, and Real Estate Taxes Property: 4821 Haverford Avenue, Philadelphia, PA

William Acey adversary response to city of Philadelphia plaintiff William Acey and

defendant city of Philadelphia agreed to resolve the water bill and L&I fees outside of the

bankruptcy, plaintiff and defendant agreed to have the Realestate taxes for 4821 Haverford ave.

Paid in the bankruptcy plan

Respectfully submitted,

WILLIAM ACEY Debtor Pro Se
5231 Sansom Street
Philadelphia, PA 19139
Phone: (267) 349-9192
Email: bw5100noonchome@gmail.com

U.S. BANKRUPTCY COURT
2026 JUN -2 P 2:22
FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM ACEY, Debtor.
BANKRUPTCY NO. 25-13269-DJB
CHAPTER 13

ADVERSARY

WILLIAM ACEY,
Plaintiff,

V.

PNC BANK, NATIONAL ASSOCIATION
Defendant.
Adversary No. 26-00119

**PLAINTIFF'S OBJECTION TO DEFENDANT PNC BANK'S RESPONSE**
(Related to Doc. No. 77)

AND NOTICE THAT ARREARS REMAIN IN THE CHAPTER 13 PLAN

Plaintiff, **William Acey**, respectfully submits this Objection to Defendant PNC Bank's Response

filed in this adversary proceeding, and states:

1.      This Adversary Proceeding Controls the Mortgage Dispute

This adversary proceeding (Adv. No. 26-00119) was filed on **February 24, 2026** to

resolve:

•       The timing of mortgage payments

•       The effect of the Orphans' Court executor dispute

•       The request for injunctive relief

•       The request to delay payment until the estate ruling

•       The rights of the parties regarding the property at **5231 Sansom Street**

PNC's Response attempts to litigate these same issues **outside** this adversary, through its

Objection to Confirmation in the main case.

1

That is improper.

The mortgage dispute belongs in this adversary proceeding.

2.      Arrears Remain in the Chapter 13 Plan

Plaintiff clarifies:

◉      The arrears owed to PNC Bank remain inside the Chapter 13 plan.

◉      Plaintiff is NOT removing the arrears from the plan.

This adversary proceeding does **not** seek to eliminate the arrears.

3.      Other  Payments Can Be Made Until the Orphans' Court Determines the Executor

because the property is titled in the **Estate of Yvonne Acey.**

The Orphans' Court has exclusive jurisdiction to determine:

◉      Who is the lawful executor

◉      Who controls the property

◉      Whether the property may be sold

A hearing is scheduled for **July 20, 2026.**

Until that ruling:

◉      Plaintiff cannot legally administer, sell, or modify the property.

◉      Plaintiff cannot legally make mortgage payments on estate property.

PNC's demand for immediate payment is **premature and legally impossible.**

4.      PNC's Response Should Be Rejected or Deferred

Because:

◉      The issues are already before this Court in this adversary

◉      The Orphans' Court has not ruled

◦       Plaintiff cannot legally pay until appointed executor

◦       Arrears remain protected inside the Chapter 13 plan

◦       PNC's lien remains fully protected

Plaintiff respectfully requests that PNC's Response be rejected or deferred until after the

Orphans' Court ruling.

5. Relief Requested

WHEREFORE, Plaintiff respectfully requests that this Court:

1.      **Reject or defer PNC Bank's Response** in this adversary proceeding;

2.      **Acknowledge that arrears remain inside the Chapter 13 plan;**

3.      **Acknowledge that payment cannot occur until the Orphans' Court determines the**

**executor;**

4.      **Maintain the automatic stay in full force;**

5.      **Freeze all PNC enforcement actions** until the Orphans' Court ruling;

6.      Grant such other relief as the Court deems just.


                                              Respectfully submitted,
Date:  05/26/2026                             _____
                                              WILLIAM ACEY Debtor / Pro Se
                                              5231 Sansom Street
                                              Philadelphia, PA 19139
                                              Phone: (267) 349-9192
                                              Email: bw5100noonehome@gmail.com

3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM ACEY, Debtor.
BANKRUPTCY NO. 25-13269-DJB
CHAPTER 13

WILLIAM ACEY,
Plaintiff,

V.

PNC BANK, NATIONAL ASSOCIATION
Defendant.
Adversary No. 26-00119

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29 day of MAY , 2026, I served a true and

correct copy of the foregoing **Objection to Defendant's Response** upon

**Robert Shearer, Esq.**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004

**PNC Bank, National Association**
Attn: Bankruptcy
Department
3232 Newmark Drive
Miamisburg, OH 45342

**United States Trustee**
Office of the U.S. Trustee
900 Market Street, Suite 320

**KENNETH E. WEST**
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

4

Respectfully submitted,

Date: 05/26-2026

_____

**WILLIAM ACEY** Debtor / Pro Se
5231 Sansom Street
Philadelphia, PA 19139
Phone: (267) 349-9192
Email: bw5100noonehome@gmail.com

5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM ACEY, Debtor.
BANKRUPTCY NO. 25-13269-DJB
CHAPTER 13

WILLIAM ACEY,
Plaintiff,

V.

PNC BANK, NATIONAL ASSOCIATION
Defendant.
Adversary No. 26-00119

## PROPOSED ORDER

AND NOW, this ____ day of _____, 2026, upon consideration of

Plaintiff's Objection to Defendant PNC Bank's Response, and Plaintiff's request to maintain

arrears inside the Chapter 13 plan pending the Orphans' Court ruling, it is hereby ORDERED:

⬤    PNC Bank's Response is DEFERRED pending the Orphans' Court's determination of

the lawful executor of the Estate of Yvonne Acey.

⬤    All mortgage arrears owed to PNC Bank shall remain inside the Chapter 13 plan;

no other payments shall be required until further order of this Court.

⬤    All enforcement actions by PNC Bank are STAYED, including but not limited to:

⬤    foreclosure

⬤    collection

⬤    relief from stay requests

⬤    plan-based payments

6

- any action to compel payment

- The automatic stay remains in full force and effect.

- Plaintiff shall file an amended Chapter 13 plan within 21 days after the Orphans'
Court issues its ruling.

IT IS SO ORDERED.

---

**HON. DEREK J. BAKER**
United States Bankruptcy Judge

7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM ACEY, Debtor.
BANKRUPTCY NO. 25-13269-DJB
CHAPTER 13

WILLIAM ACEY,
Plaintiff,

V.

PNC BANK, NATIONAL ASSOCIATION
Defendant.
Adversary No. 26-00119

**NOTICE OF FILING OF PLAINTIFF'S OBJECTION TO DEFENDANT'S RESPONSE**

Plaintiff, William Acey, hereby gives notice that on the 29 day of _MAY_, 2026,

he filed:

**Plaintiff's Objection to Defendant PNC Bank's Response** in the above-captioned

adversary proceeding.

The filing clarifies that:

- The mortgage arrears remain inside the Chapter 13 plan;

- No payments can be made until the Orphans' Court determines the lawful executor;

- PNC's Response is premature and must be deferred;

- The adversary proceeding controls the dispute.

Date:   05/26-2026

Respectfully submitted,

_____

WILLIAM ACEY Debtor / Pro Se
5231 Sansom Street
Philadelphia, PA 19139
Phone: (267) 349-9192
Email: bw5100noonehome@gmail.com

9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
WILLIAM ACEY, Debtor.
BANKRUPTCY NO. 25-13269-DJB
CHAPTER 13

WILLIAM ACEY,
Plaintiff,

V.

PNC BANK, NATIONAL ASSOCIATION
Defendant.
Adversary No. 26-00119

## MOTION TO CONSOLIDATE RELATED MATTERS AND TO HAVE ALL MORTGAGE ISSUES HEARD IN THIS ADVERSARY PROCEEDING

Plaintiff, **William Acey**, respectfully moves this Court to consolidate related matters and states:

1.   The Adversary Proceeding Controls the Mortgage Dispute

This adversary proceeding (Adv. No. 26-00119) was filed to resolve:

◦   The timing of mortgage payments

◦   The effect of the Orphans' Court executor dispute

◦   The request for injunctive relief

◦   The arrears and mortgage treatment

◦   The rights of the parties regarding 5231 Sansom Street

2.   PNC's Objection to Confirmation Raises the Same Issues

PNC's Objection to Confirmation (Doc. 77 in the main case) raises:

10

- The same mortgage

- The same property

- The same timing of payment

- The same executor dispute

These issues are **identical** to those raised in this adversary proceeding.

3. Consolidation Is Necessary to Avoid Conflicting Rulings

Without consolidation:

- The adversary could say one thing

- The confirmation objection could say another

- The Orphans' Court ruling could conflict with both

Consolidation ensures:

- One judge

- One record

- One ruling

- No duplication

- No inconsistent outcomes

4. Relief Requested

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Consolidate PNC's Objection to Confirmation (Doc. 77) with this adversary** proceeding;

2. **Direct that all mortgage-related issues be heard and decided within Adv. No.** **26-00119;**

3. **Stay all proceedings in the main case relating to PNC** until the adversary is resolved;

11

4.    Grant such other relief as the Court deems just.


                                   Respectfully submitted,

Date:   05/26-2026

                                   _____
                                   WILLIAM ACEY Debtor / Pro Se
                                   5231 Sansom Street
                                   Philadelphia, PA 19139
                                   Phone: (267) 349-9192
                                   Email: bw5100noonehome@gmail.com

12